# EXHIBIT 2

**Exhibit 2 to Complaint**
**Infringement Claim Chart**
**U.S. Patent No. 12,465,826**

**Franklin Sports, Inc.**
**C45 Pickleball Paddle**

The exemplary claim chart set forth below is provided based on information to date and may not be exhaustive. Plaintiff's investigation is ongoing. Plaintiff reserves the right to supplement and/or amend this exemplary infringement contention claim chart to identify additional asserted claims, accused products/instrumentalities, and/or to further identify where each element of each asserted claim is found in each accused product. For example, Plaintiff reserves the right to supplement and/or amend this exemplary infringement contention chart in view of any future discovery obtained from Defendant Franklin Sports, Inc. and/or third parties during the pendency of this litigation.

As used in claim chart below, the "Franklin Accused Product(s)" include without limitation the following: the pickleball game paddles produced by Defendant Franklin Sports, Inc. (hereinafter "Franklin") including, but not necessarily limited to, C45 Aurelius, C45 Dynasty, C45 Tempo, C45 Hybrid, and C45 Parris Todd, as well as any other Franklin product that shares a similar structure/configuration and/or operates in a manner consistent with the theory of infringement outlined in the claim chart below. Plaintiff contends that the Franklin Accused Product(s)—which is also herein referred to as the Franklin C45 Paddle—practices each of the claims of U.S. Patent No. 12,465,826 ("the '826 Patent") identified in the claim chart below in the manner shown and/or explained.

The Franklin Accused Product(s)—along with the associated photographs and documents—discussed, cited, and/or otherwise referenced herein are representative in all material aspects of all other Accused Product(s) identified herein.

1

| | U.S. Patent No. 12,465,826 | Franklin C45 |
|---|---|---|
| | **Claim 1** | |
| **1 [pre]** | A pickleball paddle, comprising: | The Franklin C45 Paddle is a pickleball paddle. *See* https://franklinsports.com/sports/pickleball/paddles; https://franklinsports.com/c45-carbon-fiber-paddle-series. |

| U.S. Patent No. 12,465,826 | Franklin C45 |
|---|---|
| |  |
| **1.a** a front surface; | The Franklin C45 Paddle includes a front surface (labeled A, below): |

3

| | U.S. Patent No. 12,465,826 | Franklin C45 |
|---|---|---|
| | |  |
| **1.b** | a back surface opposing the front surface; | The Franklin C45 Paddle includes a back surface (labeled B, below) opposing the front surface: |

4

| U.S. Patent No. 12,465,826 | Franklin C45 |
|---|---|
| |  |
| **1.c**<br><br>a core disposed between the front surface and the back surface, | The Franklin C45 Paddle includes a core disposed between the front surface and the back surface, specifically a "polymer core." *See* https://franklinsports.com/c45-carbon-fiber-paddle- |

| | U.S. Patent No. 12,465,826 | Franklin C45 |
|---|---|---|
| | | series?srsltid=AfmBOoqYDJlnyUeadwP9PCXqzDfLEYDP0tqlH3FPl9HEUQt-QQ0-whkF.<br><br> |
| | | |

| | U.S. Patent No. 12,465,826 | Franklin C45 |
|---|---|---|
| **1.d** | the core having an outer boundary including a first portion shaped and dimensioned to terminate internal to, and spaced apart from, an internal perimeter of the pickleball paddle, and a second portion shaped and dimensioned to terminate closer to the internal perimeter of the pickleball paddle relative to the first portion | The Franklin C45 Paddle includes a core having an outer boundary including a first portion shaped and dimensioned to terminate internal to, and spaced apart from, an internal perimeter of the pickleball paddle, and a second portion shaped and dimensioned to terminate closer to the internal perimeter of the pickleball paddle relative to the first portion: |

7

| | **U.S. Patent No. 12,465,826** | **Franklin C45** |
|---|---|---|
| | | Franklin C45 Review and DISSECTION<br><br>*See* https://www.youtube.com/watch?v=na6CTFRIfQY. |
| **1.e** | a gap formed as a void external to the core and positioned between the outer boundary of the core and the internal perimeter of the pickleball paddle, | The Franklin C45 Paddle includes a gap formed as a void external to the core and positioned between the outer boundary of the core and the internal perimeter of the pickleball paddle: |

| U.S. Patent No. 12,465,826 | Franklin C45 |
| --- | --- |
|  |  |

| | U.S. Patent No. 12,465,826 | Franklin C45 |
|---|---|---|
| | | **Franklin C45 Review and DISSECTION** *See* https://www.youtube.com/watch?v=na6CTFRIfQY. |
| **1.f** | | The Franklin C45 Paddle includes a gap extending around at least the first portion of the outer boundary of the core: |

10

| U.S. Patent No. 12,465,826 | Franklin C45 |
| --- | --- |
| the gap extending around at least the first portion of the outer boundary of the core; |  |

11

| U.S. Patent No. 12,465,826 | Franklin C45 |
|---|---|
|  | *See* https://www.youtube.com/watch?v=na6CTFRIfQY. |
|  |  |

12

| | U.S. Patent No. 12,465,826 | Franklin C45 |
|---|---|---|
| **1.g** | a first filler disposed within at least a portion of the gap beyond the outer boundary of the core; | The Franklin C45 Paddle includes a first filler disposed within at least a portion of the gap beyond the outer boundary of the core: |

| U.S. Patent No. 12,465,826 | Franklin C45 |
|---|---|
| | <br><br>*See* https://www.youtube.com/watch?v=na6CTFRIfQY.<br><br>*See also* https://franklinsports.com/c45-carbon-fiber-paddle-series?srsltid=AfmBOoo9n9Izrj_USNUFpUWUyIjqIytCzeY00UEKAX4Laz8R_KnC0LBS ("Each paddle is constructed with a large inner foam channel . . ."). |
| | |

14

| | U.S. Patent No. 12,465,826 | Franklin C45 |
|---|---|---|
| **1.h** | a frame disposed about at least a head portion of the pickleball paddle along an edge portion thereof, | The Franklin C45 Paddle includes a frame disposed about at least a head portion of the pickleball paddle along an edge portion thereof:<br><br> |
| | | |

| | U.S. Patent No. 12,465,826 | Franklin C45 |
|---|---|---|
| **1.i** | the frame at least partially disposed between the front surface and the back surface along the edge portion, | The Franklin C45 Paddle includes a frame at least partially disposed between the front surface and the back surface along the edge portion: |
| | | |

| | U.S. Patent No. 12,465,826 | Franklin C45 |
|---|---|---|
| **1.j** | the frame defining a hollow interior portion; and | The Franklin C45 Paddle includes a frame defining a hollow interior portion:<br><br> |
| | | |

| | U.S. Patent No. 12,465,826 | Franklin C45 |
|---|---|---|
| **1.k** | a second filler disposed within at least a portion of the hollow interior portion of the frame. | The Franklin C45 Paddle includes a second filler disposed within at least a portion of the hollow interior portion of the frame: <br><br>  |

18